UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



| | |
|---|---|
| KATELYN TINNEY, ) | |
| ) | |
| Plaintiff, ) | **STIPULATION OF** |
| ) | **DISMISSAL** |
| vs. ) | |
| ) | |
| DEPAUL ADULT CARE COMMUNITIES INC., ) | |
| ) | Civil Action No. 6:18-CV-6235 |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorney's fees to any party as against the other.

DATED:   June 20, 2018
         Rochester, New York

**LECLAIRRYAN, A Professional Corporation**

By: _____
James P. Anelli
Christina L. Shifton
70 Linden Oaks, Suite 210
Rochester, NY 14625
Tel.: (585) 271-2100
Fax: (585) 270-2179

*Attorneys for Defendant DePaul Adult Care Communities, Inc.*

DATED:   June 20, 2018
         Rochester, New York

By: _____
James D. Hartt
70 Linden Oaks, Third Floor
Rochester, New York 14625
Tel.: (585) 490-7100
Fax: (585) 425-0579

*Attorney for Plaintiff Katelyn Tinney*

SO ORDERED THIS 22 DAY OF June 20 18

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge